**Karim Abdul AKBAR, Plaintiff–**
**Appellant,**

v.

**DIRECTOR OF NORTH CAROLINA PRISONS, and Institution Employees at those prisons; Charles Hill, Superintendent at Odom Prison, Defendants–Appellees,**

**and**

**Gary T. Dixon, Manager, Institution Command; Gene Barber, Correctional Officer; Nurse Davis, Nurse at Central Prison; Nurse Joyner, Nurse at Odom Prison; Nurse Perkinson, Nurse at Odom Prison; Nurse Thompson, Head Nurse at Odom Prison, Defendants.**

**No. 02–6726.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2002.

Decided Nov. 13, 2002.

Karim Abdul Akbar, Appellant Pro Se. John Payne Scherer, II, Assistant Attor-

**152**

ney General, Raleigh, North Carolina, for Appellees.

Before WIDENER, WILLIAM D. WILKINS, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Karim Abdul Akbar appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Akbar v. Director of North Carolina Prisons,* No. CA–98–361–5–F (E.D.N.C. filed Mar. 27, 2002; entered Mar. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* We decline to address Akbar's claim under the Religious Land Use and Institutionalized Persons Act of 2000, Pub.L. No. 106–274, 114 Stat. 803, because this claim was not properly presented to the district court and Akbar has

not averred, much less demonstrated, that plain error or a miscarriage of justice will result from the failure to review it. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir. 1993).